NOEL S. COHEN (SBN: 219645)
ncohen@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile:    (310) 556-1802

Attorneys for Third-Party Defendants
FUJIFILM HUNT SMART SURFACES, LLC;
FUJIFILM HUNT CHEMICALS U.S.A., INC.;
FUJIFILM HOLDINGS AMERICA CORPORATION

Polsinelli LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
310.556.1801

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATSON NAVIGATION COMPANY, INC. | Case No. 3:17-cv-00081 EDL |
| Plaintiff, | *(Assigned to the Honorable Elizabeth D. Laporte)* |
| v. | **FUJIFILM HUNT SMART SURFACES, LLC, FUJIFILM HUNT CHEMICALS U.S.A., INC. AND FUJIFILM HOLDINGS AMERICA CORPORATIONS' RESPONSE TO OBJECTION TO REPLY EVIDENCE** |
| THE SHERWIN-WILLIAMS COMPANY | |
| Defendant. | |
| THE SHERWIN-WILLIAMS COMPANY | |
| Third-Party Plaintiff, | |
| v. | |
| FUJIFILM HUNT SMART SURFACES, LLC; FUJIFILM HUNT CHEMICALS U.S.A., INC.; FUJIFILM HOLDINGS AMERICA CORPORATION, | |
| Third-Party Defendant. | |

Third Party Defendants FUJIFILM Hunt Smart Surfaces, LLC, FUJIFILM Hunt

Chemicals U.S.A., Inc. and FUJIFILM Holdings America Corporation (the "FUJIFILM Parties")

hereby submit this response to the Objection to Reply Evidence filed by Third Party Plaintiff

Sherwin-Williams ("S-W").

S-W is correct that the email attached as Exhibit A to the Declaration of Noel S. Cohen appears to have been inadvertently sent to the wrong address. The FUJIFILM Parties apologize for that error. S-W is incorrect, however, that it has not had the opportunity to address the authorities cited in that email. While there were four cases identified in Mr. Cohen's email, three of those cases were included in a string cite. The lead case, and only case, quoted in the email, was *Farmers Ins. Exch. v. Portage La Prairie Mut. Ins. Co.*, 907 F.2d 911 (9th Cir. 1990).

This Ninth Circuit opinion may sound familiar. That is because despite apparently not receiving Mr. Cohen's email prior to filing its Opposition, *Farmers Ins. Exchange* is the most cited case in S-W's entire Opposition. Indeed, S-W relied on *Farmers Ins. Exchange* five separate times. *See* Opposition at p. 9, 10, 11 and 15. Because S-W relied so heavily on this case, the FUJIFILM Parties would necessarily have had to address that authority on Reply, regardless of whether the case was raised in the moving papers. After repeatedly relying on *Farmers Ins. Exchange* in its Opposition, S-W's contention that it did not have the opportunity to address *Farmers Ins. Exchange* and those cases in accord with it is not well taken.

For all the forgoing reasons, the FUJIFILM parties respectfully request that the Court overrule S-W's objection and consider all evidence before it in ruling on the Motion to Dismiss.

Dated: August 23, 2017

POLSINELLI LLP

By: _____
Noel S. Cohen

Attorneys for Third-Party Defendants
FUJIFILM HUNT SMART
SURFACES, LLC;
FUJIFILM HUNT CHEMICALS
U.S.A., INC.;
FUJIFILM HOLDINGS AMERICA
CORPORATION

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

1

2    I am over the age of 18 and not a party to the within action; I am employed

3 by POLSINELLI LLP in the County of Los Angeles, California at 2049 Century

4 Park East, Suite 2900, Los Angeles, California 90067.

5    On August 23, 2017, I served the foregoing document(s) described as:

6

7 **FUJIFILM HUNT SMART SURFACES, LLC, FUJIFILM HUNT CHEMICALS U.S.A., INC. AND FUJIFILM HOLDINGS AMERICA**

8 **CORPORATIONS' RESPONSE TO OBJECTION TO REPLY EVIDENCE**

9 on the interested parties in this action by:

10 [X]   **By CM/ECF:** I hereby certify that on this date, I electronically filed the

11 foregoing with the Clerk of the Court using the CM/ECF system which will send

12 notification of such filing to the email addresses denoted on the Electronic Mail

13 notice list, and I hereby certify that I have mailed the foregoing document or paper

14 via the United States Postal Service to the non-CM/ECF participants (if any)

15 indicated on the Manual Notice list/Service List.

16 [X]   **(Federal)** I declare under penalty of perjury under the laws of the State of

17 California and under the laws of the United States of America that the above is true

18 and correct.

19    Executed on August 23, 2017, at Los Angeles, California.

20                        */s/ Noel Cohen*

21                        Noel Cohen

22

23

24

25

26

27

28

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310 556 1801